UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RICKY SIMERLY,

    Plaintiff,

v.                                                                     3:06-cv-114

SHERIFF JAMES BERRONG
and CAPTAIN DAN NEUBERT,

    Defendants.

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the court. Plaintiff is **ASSESSED** the full filing fee of $250.00. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R:**

                                                               s/ James H. Jarvis
                                                     United States District Judge